# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

FRANKLIN ELCOCK,

       Plaintiff,

v.

COMCAST CABLE
COMMUNICATIONS, INC.,
a Delaware corporation,

       Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 - 453

TO: (Name and address of defendant)

c/o   Comcast Cable Communications, LLC
      Comcast Capital Corporation (Registered Agent)
      1201 Orange Street
      Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Timothy M. Holly (#4106)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO
CLERK

       *E. L. Strickler*
(BY) DEPUTY CLERK

6/30/05
DATE

@PFDeskto,\\::ODMA/MHODMA/IMANDMS:CB:402178:1

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/1/05 |
| NAME OF SERVER (PRINT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: COMCAST CABLE COMMUNICATIONS, LLC AT 1201 N. MARKET ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY LINDA BULOUI (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/1/05
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.