IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANKLIN ELCOCK,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Delaware corporation, COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLEVISION OF WILLOW GROVE, a Pennsylvania corporation,<br><br>    Defendants. | §§§§§§§§§§§§§§§<br><br>C.A. Number:  05-453 (JJF)<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by plaintiff, Franklin Elcock, and defendants, Comcast Cable Communications, LLC, Comcast Corporation and Comcast Cablevision of Willow Grove, that defendants shall have an extension of time until August 19, 2005 in which to answer, move or otherwise plead to the complaint.

_____
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblhlaw.com
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street, P. O. Box 2207
Wilmington, DE 19899-2207
Phone: (302) 252-4217
*Attorneys for plaintiff, Franklin Elcock*

_____
William M. Kelleher (Del. Bar No. 3961)
Email: kelleherw@ballardspahr.com
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
*Attorneys for Defendants*

Dated: July 14, 2005

So ordered:

_____
Joseph J. Farnan, Jr., U.S.D.J.

DE_DOCS_A #5128 v1