IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANKLIN ELCOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-453-JJF |
| | ) |
| COMCAST CABLE | ) |
| COMMUNICATIONS, LLC, | ) **JURY TRIAL DEMANDED** |
| a Delaware corporation, | ) |
| COMCAST CORPORATION, | ) |
| a Pennsylvania corporation, | ) |
| COMCAST CABLEVISION OF | ) |
| WILLOW GROVE, | ) |
| a Pennsylvania corporation, | ) |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

TIMOTHY M. HOLLY, after first being duly sworn, on this 18th day of July, 2005, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent Plaintiff in the above-captioned action.

2. I caused a copy of the Complaint, the Return of Service of Process for non-resident Comcast Corporation, and a letter containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to Comcast Corporation, pursuant to 10 Del. C. § 3104. A copy of the Registered Mail Receipt for said package is attached hereto as Exhibit "A."

3. I caused a copy of the Complaint, the Return of Service of Process for non-resident Comcast Cablevision of Willow Grove, and a letter containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to

CBLH: 404457

Comcast Cablevision of Willow Grove, pursuant to 10 Del. C. § 3104. A copy of the Registered Mail Receipt for said package is attached hereto as Exhibit "B."

_____
TIMOTHY M. HOLLY (Del. Bar. No. 4106)

Sworn to and subscribed before me this 18th day of July, 2005.

_____ Notarial Officer
NOTARY PUBLIC

Brian M. Gottesman
Attorney at Law
2003
\_\_\_\_\_ Law of Notary Acts

CBLH: 404457