# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _Pierre_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>JUL 8 2005 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Comcast Corporation<br>1500 Market Street<br>Philadelphia, PA 19102 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>~~Certified Mail~~  ☐ Express Mail<br>☑ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)  RR-366-039-106-US | | |
| PS Form 3811, August 2001   Domestic Return Receipt | | 102595-01-M-2509 |