## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, the foregoing Affidavit of Mailing Pursuant to 10 Del. C. § 3104 and D. Del. LR 4.1(b) was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll LLP
919 N. Market Street, 12th Floor
Wilmington, DE  19801-3034
E-Mail:
kelleherw@ballardspahr.com

_____
Timothy M. Holly (Del. Bar No. 4106)

404457_1

CBLH: 404457