## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on the 19th day of August 2005, I caused a true and correct copy of the foregoing Answer to the Complaint of Defendant Comcast Cablevision of Willow Grove to be served upon counsel for Plaintiff, via Hand Delivery, addressed as follows:

> Timothy M. Holly, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 N. Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

Dated: August 19, 2005                /s/ William M. Kelleher
                                      William M. Kelleher, Esquire (No. 3961)