## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on the 19th day of August, 2005, I caused a true and correct copy of the foregoing Answer of Defendant Comcast Cable to the Complaint to be served upon counsel for Plaintiff, via hand delivery, addressed as follows:

> Timothy M. Holly, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 N. Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

Dated: August 19, 2005        /s/ William M. Kelleher
                              William M. Kelleher, Esquire (No. 3961)