## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF  
JOSEPH J. FARNAN, JR.  
JUDGE

LOCKBOX 27  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6155

November 7, 2005

Timothy M. Holly, Esquire  
Connolly, Bove, Lodge & Hutz  
P. O. Box 2207  
Wilmington, DE 19899

William M. Kelleher  
Ballard, Spahr, Andrews & Ingersoll, LLP  
919 North Market Street, 12th Floor  
Wilmington, DE 19801

RE: Elcock v. Comcast Cable Communications, LLC, et al.  
<u>Civil Action No. 05-453 JJF</u>

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, November 21, 2005**.

Attached is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk  
Attachment  
cc: Clerk, U.S. District Court