IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANKLIN ELCOCK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-453 (JJF) |
| COMCAST CABLE COMMUNICATIONS, LLC, a Delaware corporation, COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLEVISION OF WILLOW GROVE, a Pennsylvania corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Franklin Elcock and Defendants Comcast Cable Communications, LLC, Comcast Corporation, and Comcast Cablevision of Willow Grove, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(II), hereby stipulate to the dismissal of this action, in its entirety, **WITH PREJUDICE.**

Respectfully submitted,

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

William M. Kelleher, Esquire (Del.Bar.No.3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone (302) 252-4465
Counsel for Defendants

Dated: 17 Nov 2005

CONNOLLY, BOVE, LODGE & HUTZ LLP

Timothy M. Holly, Esquire (Del. Bar No. 4106)
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 884-6585
Counsel for Plaintiff

Dated: 11/17/05

423605v1